98 A.3d 1288

**LEI KE, Petitioner**

v.

**DREXEL UNIVERSITY, Respondent.**

**No. 88 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2014, the Petition for Review is **DENIED.**